3901 N. Washington Rd.
Fort Wayne, IN 46804-1817
Richard_J_Herber@msn.com
(203) 644-2729
May 8, 2018

Office of the Clerk
United States District Court
1108 E. Ross Adair Courthouse
1300 S. Harrison St.
Fort Wayne, IN 46802

Dear Clerk,

I am please asking if you can resend any USPS returned mail that you may have received in your mailings to me at the above address.

I am the plaintiff in 1:16CV-310-PPS-SLC. I had a recent issue with my mail. My letter carrier informed me that all my mail was sent back "return to sender" April 25, 2018. I have informed them to resume my mail. The problem should now be corrected.

I know the Clerk's office is very busy. I am thankful and grateful if you can perhaps resend any retuned mail that you may have received in this matter.

Sincerely,

Richard J. Hebrer

Richard J. Herber
3901 N. Washington Rd.
Fort Wayne, IN 46804-1817

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1108 E. ROSS ADAIR COURTHOUSE
1300 S. HARRISON ST.
FORT WAYNE, IN 46802